THE STATE v. EDWARD TONEY.

Where the indictment was against Edward Toney Joseph Scott, late of Bastrop
county, laborers, and Edward Toney pleaded in abatement that his name was
Edward Toney and that he was never known as or called Edward Toney Joseph
Scott, the plea in abatement was held good.

Appeal from Bastrop. This was an indictment against
Edward Toney Joseph Scott, late of Bastrop county, laborers,
for permitting gambling in a house kept for the retailing of
spirituous liquors.

Edward Toney pleaded in abatement, that his real name is
Edward Toney, and that he was never known or called Edward
Toney Joseph Scott. The plea was sustained. The indict-
ment quashed, and the State appealed.

*Attorney General*, for appellant. The indictment, as the
body of it shows, was jointly against Edward Toney and Jo-
seph Scott, described in the indictment, as "Edward Toney
Joseph Scott, late of Bastrop county, laborers."

It would be difficult, if not altogether impracticable, to ad-
duce any standard authority for holding that the trifling omis-
sion of the conjunction "and" between two several names of
different defendants jointly indicted, while clearly distinguish-
ed by after-words in the same instrument, (as here by the word
"laborers" in the plural number,) amounts to misnomer, as a
ground for abatement.

HEMPHILL, CH. J. We are of opinion that there was no
error in the judgment. If Edward Toney Joseph Scott be in
fact two persons, it should have appeared with such certainty
on the face of the indictment as not to be mistaken. We may
infer that more than one person was intended from the addi-

tion "laborers" being in the plural number, and from their being described as " possessors and occupiers of a house," &c. But this should have been made certain, and not left to inference. If Edward Toney Joseph Scott be two persons, there is no certainty upon the indictment as to their names. They might be Edward and Toney Joseph Scott—or Edward Toney Joseph and Toney Joseph Scott—or other changes might be rung on the name.

Judgment affirmed.